■ CELLINO & BARNES, P.C., Respondent, v LAW OFFICE OF CHRISTOPHER J. CASSAR, P.C., et al., Appellants. (Appeal No. 2.) [32 NYS3d 542]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered December 9, 2014. The order denied the motion of defendants for a change of venue.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Cellino & Barnes, P.C. v Law Office of Christopher J. Cassar, P.C.* ([appeal No. 1] 140 AD3d 1732 [2016]). Present—Whalen, P.J., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.